Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Indiana**

Case number (if known): _____     Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Lincoln Counseling PC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Lincoln Therapeutic Partnertship** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 0 – 0 9 8 3 6 9 2** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Jeannine Curtis** | **c/o Jeannine Curtis** |
| **220 W Colfax Ave**<br>Number        Street | **6012 Buckhorn Dr.**<br>Number        Street |
| **South Bend, IN 46601**<br>City                    State    ZIP Code | **South Bend, IN 46614**<br>City                    State    ZIP Code |
| **St. Joseph**<br>County | Location of principal assets, if different from principal place of business<br><br>Number        Street<br><br>City                    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Lincoln Counseling PC**
_____    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

*A. Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

    District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
                                                               MM / DD / YYYY

    Case number, if known _____

Debtor    **Lincoln Counseling PC**                                   Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number        Street<br><br>_____<br><br>_____<br>City        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

<div style="background:black;color:white">█ **Statistical and administrative information**</div>

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    **Lincoln Counseling PC**                                            Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/21/2024**
               MM/ DD/ YYYY

**X** **/s/ Jeannine Curtis**                                    **Jeannine Curtis**
Signature of authorized representative of debtor              Printed name

Title    **Director/Owner**

**18. Signature of attorney**

**X**    **/s/ Linda L. Plata**          Date **05/21/2024**
Signature of attorney for debtor                  MM/ DD/ YYYY

**Linda L. Plata**
Printed name

**May Oberfell Lorber**
Firm name

**4100 Edison Lakes Pkwy #100**
Number        Street

**Mishawaka**                          **IN**        **46545**
City                                   State      ZIP Code

**(574) 243-4100**                     **lplata@maylorber.com**
Contact phone                          Email address

**38001-71**                           **IN**
Bar number                             State

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
</table>

Debtor name      **Lincoln Counseling PC**

United States Bankruptcy Court for the:

     **Northern District of Indiana**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>05/21/2024</u>      **X** <u>/s/ Jeannine Curtis</u>
      MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                                      **Jeannine Curtis**
                                      Printed name

                                      **Director/Owner**
                                      Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor Name    **Lincoln Counseling PC**

United States Bankruptcy Court for the: **Northern**    District of    **Indiana**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** — $100.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **1st Source Bank** | **Checking account** | 8 2 4 9 | $7,251.84 |
| 3.2. **1st Source Bank** | **Savings account** | 8 1 4 8 | $502.02 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$7,853.86**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 **Colfax Place Offices LLC** — $4,885.29

Debtor **Lincoln Counseling PC**                                    Case number *(if known)* _____
       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Name

| | | |
|---|---|---|
| 7.2 | **R New LLC** | $712.50 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____ _____

   8.2 _____ _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81. | **$5,597.79**

---

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:   **$52,230.00** - **unknown** =.....➜   **$47,319.81**
                              face amount      doubtful or uncollectible accounts

   11b. Over 90 days old:      **$1,252.00** - **unknown** =.....➜   **$1,243.42**
                              face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$48,563.23**

---

**Part 4:**  Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

   | | **Valuation method used for current value** | **Current value of debtor's interest** |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____   _____   _____

   14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                        % of ownership:

   15.1 _____   _____   _____   _____

   15.2 _____   _____   _____   _____

Debtor    **Lincoln Counseling PC**                                  Case number *(if known)* _____
          <span style="font-size:smaller">Name</span>

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          | _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                          | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Lincoln Counseling PC**                                    Case number *(if known)* _____
          _____
          Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    [_____]

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　☐ No

　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **Lincoln Counseling PC**
_____    Case number _(if known)_ _____
Name

| | General description | Net book value of debtor's interest <br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br><br> **See attachment.** | **unknown** | | **$4,754.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** <br> Add lines 39 through 42. Copy the total to line 86. | | | **$4,754.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | General description <br><br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest <br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 | | | |
| | 47.2 | | | |
| | 47.3 | | | |
| | 47.4 | | | |

Debtor   **Lincoln Counseling PC**                                            Case number *(if known)* _____
              Name

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____   _____   _____   _____

48.2 _____   _____   _____   _____

49. **Aircraft and accessories**

49.1 _____   _____   _____   _____

49.2 _____   _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____   _____   _____   _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

[                    ]

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**     Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

[                    ]

Debtor    **Lincoln Counseling PC**                                    Case number *(if known)* _____
                Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.lincolntherapeutic.com | unknown | | unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** Customer Lists | unknown | | unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
| --- |
| |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

Debtor    **Lincoln Counseling PC**                                      Case number *(if known)* _____
_____
Name

---

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   _____
                            Total face amount   doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Qualified Business Income Deduction Carryover from Federal Tax - with**      Tax year __2022 and 2023__            **unknown**
**a value of ($103,731.00)**                                                          _____

73.   **Interests in insurance policies or annuities**

_____                              _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              _____

**Nature of claim**      _____

**Amount requested**    _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              _____

**Nature of claim**      _____

**Amount requested**    _____

76.   **Trusts, equitable or future interests in property**

_____                              _____

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              _____

78.   **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                    _____

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | Lincoln Counseling PC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,853.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,597.79 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $48,563.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,754.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................... ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ..........................91a. | $66,768.88 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................ | | $66,768.88 |

# Accounts Receivable

| Client | Therapist | Current | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days | Total |
|---|---|---|---|---|---|---|---|
| Nora Adawi | Kimberly Vance | $130.00 | $- | $- | $- | $- | $130.00 |
| Edgar Alleyabu | Cynthia Biskner | $- | $- | $- | $- | $29.93 | $29.93 |
| Matthew Baer | Abigail Finch | $130.00 | $- | | | $- | $130.00 |
| Reid Bailey | Ian Curtis | $130.00 | $- | $- | $- | $130.00 | $260.00 |
| Ryan Bailey | Abigail Finch | $105.00 | $35.00 | | | | $140.00 |
| Reid Bartley | Abigail Finch | $260.00 | $390.00 | $260.00 | $- | $- | $910.00 |
| Shelly Basse | Kimberly Vance | $- | $- | $- | $- | ($20.00) | ($20.00) |
| Jude Beacham | Geri Bough | $55.87 | $- | $- | | | $55.87 |
| Truen Belcher | Teresa Sult | $176.00 | $- | $- | | | $176.00 |
| Katherine Bennett | Sarah Long | $- | $- | | $45.00 | $45.00 | $90.00 |
| Landon Bennett | Cynthia Biskner | $130.00 | $130.00 | | $160.00 | $- | $420.00 |
| Aaron Benson | Kimberly Vance | ($60.00) | ($60.00) | | $- | | ($120.00) |
| Victoria Bergl | Geri Bough | ($142.46) | $- | $- | | | ($142.46) |
| Alessandra Besachio | Kimberly Vance | $1.00 | $- | $- | | | $1.00 |
| Maxwell Bolbolan | Geri Bough | $260.00 | $260.00 | $- | | | $520.00 |
| Dawn Bombrys Houser | Kimberly Vance | $105.00 | $- | | | | $105.00 |
| Mitchell Bowe | Cynthia Biskner | $- | $- | $- | | ($30.00) | ($30.00) |
| Clark Brenner | Kimberly Vance | $125.00 | $- | | | | $125.00 |
| Thomas Brooks | Abigail Finch | $- | $- | $260.00 | $- | $- | $260.00 |
| Shawn Buck | Ian Curtis | $130.00 | $130.00 | $260.00 | $- | | $520.00 |
| Chelsea Bumgardner | Cynthia Biskner | $105.00 | $- | | | | $105.00 |
| John Burke Jr | Ian Curtis | $135.00 | ($15.00) | $- | | | $120.00 |
| Arlene Cable | Abigail Finch | $260.00 | $260.00 | $390.00 | $- | | $910.00 |
| Austin Campbell | Ian Curtis | $190.00 | $- | | | | $190.00 |
| Charlotte Carswell | Geri Bough | $30.00 | $60.00 | $60.00 | $30.00 | $60.00 | $240.00 |
| Corey Cavender | Cynthia Biskner | $130.00 | $160.00 | | $- | | $290.00 |
| Michael Cenova | Ian Curtis | $230.00 | $- | | | | $230.00 |
| Mariah Cesavice | Cynthia Biskner | $- | $- | $- | $- | ($38.04) | ($38.04) |
| Jenna Chapin | Sarah Long | $- | $- | $- | $50.00 | $- | $50.00 |
| Kennedy Cichra | Geri Bough | $1.48 | $- | | | | $1.48 |
| Caleb Cole | Geri Bough | $- | $- | $- | $- | ($16.58) | ($16.58) |
| Jason Cope | Abigail Finch | $10.00 | ($15.00) | $- | | $- | ($5.00) |
| Jose Cortes | Abigail Finch | $- | $- | | | ($70.00) | ($70.00) |
| Anthony Craig | Kimberly Vance | $- | $- | | | ($40.00) | ($40.00) |
| Peyton Crider | Abigail Finch | $130.00 | $260.00 | | | $- | $390.00 |
| Alexia Cuevas | Cynthia Biskner | $240.00 | $120.00 | $130.00 | $- | | $490.00 |

| Name | Manager | | | | | | Total |
|---|---|---|---|---|---|---|---|
| Isabella Culp | Geri Bough | $240.00 | $- | $120.00 | $- | $- | $360.00 |
| Patrick Davis | Kimberly Vance | $390.00 | $- | $- | $- | $- | $390.00 |
| Tina Davis | Cynthia Biskner | $8.74 | $- | $- | $- | $- | $8.74 |
| Elliana Dawson | Geri Bough | $130.00 | $- | $- | $- | $- | $130.00 |
| Declan Dean | Cynthia Biskner | $130.00 | $- | $- | $- | $- | $130.00 |
| Finn Dean | Cynthia Biskner | ($7.72) | $- | $- | $- | $100.00 | $92.28 |
| Mana Derakhshani | Sarah Long | $- | | | $- | ($26.51) | ($26.51) |
| Nabil Derakhshani-Stockman | Abigail Finch | $160.00 | $- | $- | $- | $- | $160.00 |
| Christine Deutscher | Kimberly Vance | $- | ($55.80) | $- | $- | | ($55.80) |
| Merritt Dilts | Cynthia Biskner | $125.00 | $155.00 | | | | $280.00 |
| Sophia Dinkeldein | Cynthia Biskner | $- | $- | $71.23 | $- | $- | $71.23 |
| Roger Doughty | Abigail Finch | $25.31 | $25.31 | $1.21 | $- | $- | $51.83 |
| Lillian Drzewiecki | Geri Bough | $- | $130.00 | $- | | | $130.00 |
| Brendan Eiler | Ian Curtis | $105.00 | $- | | $- | $- | $105.00 |
| Tala Elias | Geri Bough | ($16.79) | ($38.44) | | $- | $- | ($55.23) |
| Brinnley Ellett | Geri Bough | $70.00 | $- | | $- | $- | $70.00 |
| Isabella Elliott | Abigail Finch | $- | $- | $- | ($10.00) | $- | ($10.00) |
| Josiah Englehart | Geri Bough | $55.87 | $- | | $- | $- | $55.87 |
| Anaiah Essien | Geri Bough | $1.48 | $- | | $- | $- | $1.48 |
| Yara Essien | Geri Bough | $54.39 | $- | | $- | $- | $54.39 |
| Alexa Evans | Geri Bough | $130.00 | $- | | $- | $- | $130.00 |
| Ariya Evans | Geri Bough | $130.00 | $- | | $- | $- | $130.00 |
| Colton Ewers | Abigail Finch | $- | $130.00 | $130.00 | $- | $- | $260.00 |
| Jeffrey Farmer | Kimberly Vance | $100.00 | $- | | $- | $- | $100.00 |
| Austin Feldman | Ian Curtis | $- | $- | $- | $- | $150.00 | $150.00 |
| Daniel Finn | Kimberly Vance | $- | $- | $- | $- | ($60.00) | ($60.00) |
| Henry Ford | Abigail Finch | $130.00 | $130.00 | $130.00 | $- | $- | $390.00 |
| Jacob Francis | Geri Bough | $- | $- | $- | $- | ($28.48) | ($28.48) |
| Melissa Frankiewicz | Kimberly Vance | $- | $- | ($25.00) | $- | $- | ($25.00) |
| Avery Franklin | Ian Curtis | $119.08 | $0.44 | | $- | | $119.52 |
| Arik Fulkerson | Abigail Finch | $125.00 | $145.00 | | $- | | $270.00 |
| Benson Fullerton | Cynthia Biskner | $130.00 | $- | | $- | $- | $130.00 |
| Leo Gaffney | Cynthia Biskner | $260.00 | $- | | $- | $- | $260.00 |
| Jonathan Gardner | Geri Bough | $130.00 | $- | | $- | $- | $130.00 |
| Jaden Garland | Cynthia Biskner | $105.00 | $- | | $- | $105.00 | $210.00 |
| Julian Garmendia | Geri Bough | $- | $74.13 | $74.13 | $73.26 | $- | $221.52 |
| Olivia Gary | Geri Bough | $260.00 | $130.00 | $130.00 | $- | $- | $520.00 |

| Name | Representative | | | | | | |
| --- | --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Ty'Ana Gary | Geri Bough | $260.00 | $130.00 | $130.00 | $- | $- | $520.00 |
| Gary Gibson | Ian Curtis | $130.00 | $- | $- | $- | $- | $130.00 |
| Rhonda Gibson | Kimberly Vance | $1.48 | $- | $- | $- | $- | $1.48 |
| Harry Goble | Ian Curtis | ($12.68) | ($40.52) | $- | $- | $- | ($53.20) |
| Brittin Gonser | Cynthia Biskner | $100.00 | $- | $- | $- | $- | $100.00 |
| Jared Gorby | Kimberly Vance | $100.00 | $- | $- | $- | $- | $100.00 |
| Dorsey Gordon | Jeannine Curtis | $22.91 | $- | $- | $- | $- | $22.91 |
| Myah Gordy | Geri Bough | $4.17 | $- | $- | $- | $- | $4.17 |
| Brooklyn Grabarek | Cynthia Biskner | $462.24 | $231.12 | $- | $- | $- | $693.36 |
| Nikiara Graves | Geri Bough | $390.00 | $390.00 | $130.00 | $- | $- | $910.00 |
| Nikita Graves | Geri Bough | $130.00 | $260.00 | $130.00 | $- | $- | $520.00 |
| William Greenwood | Abigail Finch | $40.00 | $70.00 | $- | $- | $- | $110.00 |
| Devin Griffith | Ian Curtis | $55.00 | $80.00 | $145.00 | $- | $- | $280.00 |
| Thomas Grubbs | Kimberly Vance | $- | $- | $- | $- | ($80.00) | ($80.00) |
| Maurice Hall | Abigail Finch | $100.00 | $30.00 | $- | $- | $- | $130.00 |
| Scarlett Harman Espinoza | Cynthia Biskner | $- | $30.00 | $- | $- | $- | $30.00 |
| Dallas Hartman | Abigail Finch | $59.38 | $59.38 | $- | $- | $- | $118.76 |
| Elizabeth Harvey | Kimberly Vance | $180.00 | $- | $- | $- | $- | $180.00 |
| Elias Heckel | Geri Bough | $162.00 | $- | $- | $- | $- | $162.00 |
| Miguel Henry | Cynthia Biskner | $4.36 | $- | $- | $- | $- | $4.36 |
| Ricky Hester | Ian Curtis | $100.00 | $- | $- | $- | $- | $100.00 |
| Ricky Heston | Ian Curtis | $- | $- | $- | $- | ($1.93) | ($1.93) |
| Aron Hickey | Abigail Finch | $130.00 | $130.00 | $160.00 | $- | $- | $420.00 |
| Mia Hiler | Geri Bough | $130.00 | $- | $- | $- | $- | $130.00 |
| Aliyah Hinkle | Geri Bough | $654.20 | $587.10 | $327.10 | $- | $- | $1,568.40 |
| Julie Hochstetler | Barbara Vernon | $- | $- | $- | $- | ($62.74) | ($62.74) |
| Paige Holley | Geri Bough | $130.00 | $- | $- | $- | $- | $130.00 |
| Patrick Holmes | Teresa Sult | $88.00 | $- | $- | $- | $- | $88.00 |
| Hammond Holt | Cynthia Biskner | $- | $- | $- | $- | ($87.39) | ($87.39) |
| Travis Hoover | Kimberly Vance | ($30.00) | $135.00 | $- | $- | $- | $105.00 |
| Maria Horner | Cynthia Biskner | $100.00 | $- | $- | $- | $- | $100.00 |
| Olivia Houser | Geri Bough | $130.00 | $- | $- | $- | $- | $130.00 |
| Jaydon Hutcherson | Teresa Sult | $176.00 | $- | $- | $- | $- | $176.00 |
| Shawn Jenkins | Teresa Sult | $176.00 | $- | $- | $- | $- | $176.00 |
| Bryce Johnson | Abigail Finch | $- | $160.00 | $- | $- | $- | $160.00 |
| Jarrell Johnson | Cynthia Biskner | $150.00 | $- | $20.00 | $- | $- | $170.00 |
| Mary Johnson | Kimberly Vance | $130.00 | $- | $- | $- | $- | $130.00 |

| Name | Agent | Col1 | Col2 | Col3 | Col4 | Col5 | Total |
|---|---|---|---|---|---|---|---|
| Ava Kauffman | Geri Bough | $130.00 | $- | $- | $- | $- | $130.00 |
| Patrick Kavanaugh | Ian Curtis | $120.00 | $- | $- | $- | $- | $120.00 |
| Ava Kealy | Geri Bough | $- | $- | $- | $- | $223.00 | $223.00 |
| Sara Kealy | Cynthia Biskner | $- | $- | $- | $- | $202.18 | $202.18 |
| William Kemp | Kimberly Vance | $69.36 | $- | $- | $- | $- | $69.36 |
| Brett Kersey | Ian Curtis | $145.00 | $- | $- | $- | $- | $145.00 |
| Keyon Kinds | Abigail Finch | $- | $- | $- | $- | ($7.64) | ($7.64) |
| Uriah Kling | Abigail Finch | $- | $260.00 | $290.00 | $- | $- | $550.00 |
| Tara Konya | Kimberly Vance | $- | $- | $- | ($5.00) | $- | ($5.00) |
| Alicia Koszyk | Kimberly Vance | $130.00 | $22.72 | $- | $- | $- | $152.72 |
| Amram Kramer | Geri Bough | $- | $71.08 | $71.08 | $71.08 | $- | $213.24 |
| Nachshon Kramer | Geri Bough | $- | $71.08 | $71.08 | $71.08 | $42.16 | $255.40 |
| Tamar Kramer | Geri Bough | $130.00 | $71.08 | $142.16 | $142.16 | $38.24 | $523.64 |
| Yocheved Kramer | Geri Bough | $71.08 | $71.08 | $142.16 | $142.16 | $38.24 | $464.72 |
| Kimberly Kristl | Abigail Finch | $90.00 | $- | | $- | | $90.00 |
| Sawyer Kronewitter | Geri Bough | $- | $25.00 | ($46.08) | ($46.08) | $- | ($67.16) |
| David Krugh | Abigail Finch | $150.00 | $100.00 | $- | $- | | $250.00 |
| Samantha Kruk | Cynthia Biskner | $16.40 | $- | $- | $- | | $16.40 |
| Ronald Lawrence | Abigail Finch | $42.01 | $- | $- | $- | | $42.01 |
| Judy Lawson | Abigail Finch | $81.90 | $- | $- | $- | | $81.90 |
| Debi Liffick | Cynthia Biskner | $150.00 | $- | $- | $- | | $150.00 |
| Samuel Liggett | Geri Bough | $105.00 | $- | $- | $- | | $105.00 |
| Danielle Lingle | Kimberly Vance | $- | $- | $- | $- | ($30.00) | ($30.00) |
| Justin Lipscomb | Ian Curtis | $230.00 | $- | $- | $- | | $230.00 |
| Isabel Loftus | Cynthia Biskner | $102.69 | $- | $- | $- | | $102.69 |
| Billy Long | Kimberly Vance | $145.00 | $- | $- | $- | | $145.00 |
| Jayden Lopez | Abigail Finch | $- | $- | $420.00 | $- | | $420.00 |
| Jessica Lupke | Abigail Finch | $260.00 | $70.00 | $40.00 | $- | | $370.00 |
| Grace Macioce | Geri Bough | $152.72 | $- | $- | $- | | $152.72 |
| Shelby Mackay | Teresa Sult | $176.00 | $- | $- | $- | | $176.00 |
| King Mantle | Geri Bough | $130.00 | $- | $- | $- | | $130.00 |
| Liberty Marek | Kimberly Vance | $130.00 | $- | $- | $- | | $130.00 |
| Heather Markham | Kimberly Vance | $220.00 | $- | $- | $- | | $220.00 |
| Benjamin Markley | Kimberly Vance | $10.00 | $- | $- | $- | | $10.00 |
| Nickalli Martinson | Abigail Finch | $130.00 | $130.00 | $260.00 | $- | $- | $520.00 |
| Alexa Mason | Cynthia Biskner | $115.46 | $- | $- | ($7.79) | $- | $107.67 |
| Braelyn Mayer | Cynthia Biskner | ($17.50) | ($28.33) | $- | $- | | ($45.83) |

| Name | Associate | | | | | | Total |
|---|---|---|---|---|---|---|---|
| Nathaniel Mayer | Cynthia Biskner | $81.34 | ($32.19) | $- | $- | $- | $49.15 |
| Steven McCloughan | Ian Curtis | $105.00 | $- | $- | $- | | $105.00 |
| Bailey McDonald | Abigail Finch | $30.00 | $- | $- | $- | | $30.00 |
| Ray McDonald | Geri Bough | $130.00 | $520.00 | $- | $- | $- | $650.00 |
| Donald Meachum | Ian Curtis | $105.00 | $- | $- | $- | | $105.00 |
| Monroe Meeks | Geri Bough | $12.35 | $- | $- | $- | | $12.35 |
| Carter Metz | Geri Bough | $105.00 | $- | $- | $- | | $105.00 |
| Tyler Middleton | Abigail Finch | $260.00 | $390.00 | $260.00 | $- | $- | $910.00 |
| Robert Mikel | Abigail Finch | $120.24 | $- | $- | $- | | $120.24 |
| Jeremy Miller | Ian Curtis | $50.00 | $- | $- | $- | | $50.00 |
| Jon Miller | Ian Curtis | $120.00 | $- | $- | $- | | $120.00 |
| Stella Miller | Geri Bough | $130.00 | $130.00 | $260.00 | $- | $- | $520.00 |
| K-ueen Mitchell | Geri Bough | $205.61 | $75.61 | $74.13 | $74.13 | ($30.00) | $399.48 |
| Jordan Molnar | Geri Bough | $60.78 | $- | $- | $- | $- | $60.78 |
| Maverick Moore | Kimberly Vance | $- | $- | $- | $100.54 | $- | $100.54 |
| Amanda Morris | Cynthia Biskner | ($33.56) | $- | $- | $- | $- | ($33.56) |
| Cooper Morris | Geri Bough | $- | $130.00 | $- | $- | | $130.00 |
| Victoria Muro | Geri Bough | $- | $- | $40.00 | $40.00 | $120.00 | $200.00 |
| Alison Murray | Cynthia Biskner | $48.75 | $47.42 | $- | $- | $- | $96.17 |
| Peninah Murray | Jeannine Curtis | $130.00 | $105.00 | $- | $- | $- | $235.00 |
| Zacharie Netzley | Ian Curtis | $130.00 | $130.00 | $130.00 | $- | $- | $390.00 |
| Kim Norris | Cynthia Biskner | $130.00 | $- | $- | $- | $- | $130.00 |
| Jeffrey Novak | Ian Curtis | $- | $- | $- | $- | $272.67 | $272.67 |
| Chan Nyieth | Geri Bough | $260.00 | $130.00 | $130.00 | $- | $- | $520.00 |
| Damon Olivas | Geri Bough | $30.55 | $- | $- | $- | $- | $30.55 |
| Marion Paalman | Abigail Finch | $- | $- | $- | $- | ($90.00) | ($90.00) |
| Franklin Pawul | Abigail Finch | | $59.88 | ($28.57) | $- | | $31.31 |
| Franklin Pawul | Ian Curtis | | $99.69 | $- | $- | | $99.69 |
| Khennidy Payton | Geri Bough | $110.00 | $- | $- | $- | | $110.00 |
| Wade Peden-Bellamy | Geri Bough | $130.00 | $- | $- | $- | | $130.00 |
| Dean Penrod | Ian Curtis | $110.00 | $220.00 | ($30.00) | ($25.00) | $- | $275.00 |
| Robert Perez | Abigail Finch | $150.00 | $100.00 | $100.00 | $- | $- | $350.00 |
| April Perry | Kimberly Vance | $130.00 | $- | $- | $- | | $130.00 |
| Amanda Petrucelli | Kimberly Vance | $20.77 | $- | $- | $- | | $20.77 |
| Vivian Pickart | Geri Bough | $80.00 | $- | $- | $- | | $80.00 |
| Nicole Pinter | Kimberly Vance | $105.00 | $- | $- | $- | | $105.00 |
| Hendric Podemski | Geri Bough | $- | $- | $- | $- | $25.00 | $25.00 |

| Name | Agent | | | | | | Total |
|---|---|---|---|---|---|---|---|
| John Pollard | Ian Curtis | $- | $- | $- | $59.93 | $59.93 | $119.86 |
| Jada Powell | Geri Bough | $520.00 | $- | | | | $520.00 |
| Robert Powers | Cynthia Biskner | $58.77 | $- | | | | $58.77 |
| Wesley Prentice | Abigail Finch | $130.00 | $260.00 | $130.00 | | | $520.00 |
| Joshua Prior Jr. | Cynthia Biskner | $118.36 | $130.00 | $- | | | $248.36 |
| Owen Pucel | Ian Curtis | $80.00 | $- | | | | $80.00 |
| Charles Pugh | Kimberly Vance | $80.00 | $- | | | | $80.00 |
| Aydin Qazi | Kimberly Vance | $46.98 | ($106.51) | $- | | | ($59.53) |
| Kristen Radde-Gallwitz | Kimberly Vance | $100.00 | $- | | | | $100.00 |
| Yaffa Raiskin | Geri Bough | $130.00 | $- | | | | $130.00 |
| Claire Rayl | Cynthia Biskner | $240.00 | $240.00 | $240.00 | $120.00 | $- | $840.00 |
| Charles Reid | Ian Curtis | $105.00 | $- | | | | $105.00 |
| Stephanie Rich | Kimberly Vance | $240.00 | $240.00 | $480.00 | | | $960.00 |
| Everly Rickard | Geri Bough | $- | $- | $- | $- | ($239.14) | ($239.14) |
| Amy Ringle | Abigail Finch | $130.00 | $- | | | | $130.00 |
| Tina Robinson | Abigail Finch | $315.00 | $210.00 | | | | $525.00 |
| Jeffrey Rock | Abigail Finch | $100.00 | $- | | | | $100.00 |
| Dylan Rodgers | Ian Curtis | $130.00 | $130.00 | $260.00 | $- | | $520.00 |
| Emily Rotheker | Geri Bough | $- | $- | $- | $- | ($92.66) | ($92.66) |
| Shelby Rousseau | Geri Bough | $- | $93.00 | $- | | | $93.00 |
| Layla Rowley | Geri Bough | $110.00 | $- | | | | $110.00 |
| Sidney Rowley | Geri Bough | $110.00 | $- | | | | $110.00 |
| Ephraim Rubin | Geri Bough | $130.00 | $- | | | | $130.00 |
| Ariana Rulli | Cynthia Biskner | $- | $- | | | $130.00 | $130.00 |
| Annetta Russell | Jeannine Curtis | $130.00 | $130.00 | $- | | | $260.00 |
| Maynard Russell | Jeannine Curtis | $- | $- | $- | $- | $40.00 | $40.00 |
| Melissa Ryker | Barbara Vernon | $- | $- | $- | $- | ($19.39) | ($19.39) |
| Cora Salaiz | Kimberly Vance | $130.00 | $- | | | | $130.00 |
| Ubaldo Salamanca | Geri Bough | $290.00 | $- | $- | $- | | $290.00 |
| Levi Salyer | Geri Bough | $- | $- | $- | ($165.30) | $- | ($165.30) |
| Charmaine Scales | Kimberly Vance | $- | $- | $- | $- | $22.00 | $22.00 |
| Presleigh Schroeder | Geri Bough | $- | $- | $- | $- | $74.13 | $74.13 |
| Jordan Schumacher | Geri Bough | $12.35 | $- | | | | $12.35 |
| Celicia Schwartz | Geri Bough | $1.48 | $- | | | | $1.48 |
| Catherine Scott | Cynthia Biskner | $118.64 | $- | | | | $118.64 |
| Katelyn Sellers | Jeannine Curtis | $130.00 | $- | | | | $130.00 |
| Shaean Seward | Cynthia Biskner | $- | $- | $- | $130.00 | $- | $130.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reina Shah | Geri Bough | $- | $- | $- | $- |  | ($104.16) | ($104.16) |
| Timothy Shalley | Geri Bough | $355.00 | $457.10 | $- | $- | $- |  | $812.10 |
| Riley Shankster | Abigail Finch | ($20.00) | $- | $- | $- | $- |  | ($20.00) |
| Andrea Shead | Abigail Finch | $100.00 | $- |  |  |  |  | $100.00 |
| Hannah Shekell | Geri Bough | $- | $25.00 | $25.00 | $- |  | ($150.00) | ($100.00) |
| Lauren Shekell | Geri Bough |  | $50.00 | $25.00 | $- |  | ($150.00) | ($75.00) |
| Jawad Siddique | Cynthia Biskner | $- |  | $- |  |  | ($0.01) | ($0.01) |
| Madison Simpson | Kimberly Vance | $192.88 | $235.99 | $104.79 | $- | $- |  | $533.66 |
| Atlee Singleton | Geri Bough | $130.00 | ($102.95) | $- |  | $- |  | $27.05 |
| Kristina Skipper | Barbara Vernon | $- |  | $- |  |  | ($24.11) | ($24.11) |
| Miles Smith | Abigail Finch | $- | $- | $- | $1,486.12 | $- |  | $1,486.12 |
| Charlotte Sonner | Geri Bough | $- |  | $- |  |  | ($60.00) | ($60.00) |
| Kimaya Soria-Douglas | Cynthia Biskner | $- | $105.00 | $49.23 |  | $- |  | $154.23 |
| Robert Spear | Abigail Finch | $56.12 | $- | $- | $- | $- |  | $56.12 |
| Hadassah Springer | Geri Bough | $- |  |  | $- | $80.00 | $- | $80.00 |
| Neil Springman | Kimberly Vance | $22.72 | $22.72 | $21.85 |  | $60.00 | $9.71 | $137.00 |
| Trenton Stanley | Geri Bough | $- |  | $- | $- |  | ($48.00) | ($48.00) |
| Zechariah Stewart | Geri Bough | $- |  | $- | $74.13 | $- |  | $74.13 |
| Cooper Stockdale | Geri Bough | $- |  | $- |  |  | ($70.20) | ($70.20) |
| Vernon Sumpter | Ian Curtis | $- |  | $- |  |  | $60.00 | $60.00 |
| Marvin Sykes | Ian Curtis | $145.00 |  | $- | $- | $- |  | $145.00 |
| Verna Takace | Sarah Long | $- |  | $- |  |  | ($50.00) | ($50.00) |
| Ava Taylor | Geri Bough | $14.25 |  | $- |  |  |  | $14.25 |
| Emma Taylor | Geri Bough | $14.25 | $124.59 | $- |  |  |  | $138.84 |
| Ja'don Thompson | Abigail Finch | $- | $1,233.76 | $- |  |  |  | $1,233.76 |
| Shaunna Thompson | Cynthia Biskner | $130.00 | $- |  |  |  |  | $130.00 |
| Andrew Tolson | Abigail Finch | $50.00 | $102.00 | $- |  |  |  | $152.00 |
| Catherine Tombelli | Kimberly Vance | $- |  | $- |  |  | ($90.00) | ($90.00) |
| Caitlynn Track | Geri Bough | $- |  | $- |  |  | ($25.00) | ($25.00) |
| Aaliyah Triebell | Geri Bough | $130.00 |  |  |  | $- |  | $130.00 |
| Adrianna Troyer | Geri Bough | $55.87 | $- |  |  |  |  | $55.87 |
| Emily Troyer | Geri Bough | $- | $1.48 | $- |  |  |  | $1.48 |
| Sandra Turpel | Abigail Finch | $117.00 | $- |  |  |  |  | $117.00 |
| Don Vandegrift | Abigail Finch | $- |  |  | $130.00 | $- |  | $130.00 |
| Corey Vater | Kimberly Vance | $45.00 | $190.00 | $- |  |  |  | $235.00 |
| Corey Vater | Abigail Finch | $70.00 | $- |  |  |  |  | $70.00 |
| Aria Villarreal | Geri Bough |  | $260.00 | $- |  |  |  | $260.00 |

| Name | Agent | | | | | | Total |
|---|---|---|---|---|---|---|---|
| Aiden Wagers | Abigail Finch | $- | $1,233.76 | $- | $- | $- | $1,233.76 |
| Tahlia Walters | Cynthia Biskner | $- | $- | $- | $- | $162.28 | $162.28 |
| Donald Wanjiku | Ian Curtis | $120.00 | $- | $- | $- | $- | $120.00 |
| Shelby Warf | Kimberly Vance | $130.00 | $- | $- | $- | $- | $130.00 |
| Shannon Warfield | Cynthia Biskner | $120.00 | $- | $240.00 | $- | $- | $360.00 |
| Angela Warren | Abigail Finch | $315.00 | $105.00 | $- | $- | $- | $420.00 |
| Deanna Wegnerowski | Kimberly Vance | $- | $- | $- | $- | ($21.85) | ($21.85) |
| Marie Weideman | Barbara Vernon | $- | $- | $- | $- | ($109.24) | ($109.24) |
| Brayden Weisser | Cynthia Biskner | $- | $- | $- | $- | $131.09 | $131.09 |
| Rogan Wery | Geri Bough | $- | $- | $- | $- | ($30.34) | ($30.34) |
| Susan Wesolowski | Cynthia Biskner | $75.00 | $- | $- | ($50.00) | $- | $25.00 |
| Oliver Weston | Abigail Finch | $- | $260.00 | $130.00 | $- | $- | $390.00 |
| Matthew White | Kimberly Vance | $- | $- | $138.00 | $- | $- | $138.00 |
| Jayce Wiegand | Geri Bough | $- | $137.41 | $28.62 | $- | $- | $166.03 |
| Darneal Winder | Kimberly Vance | $34.65 | ($0.03) | $- | $- | $- | $34.62 |
| Destanie Winkelman | Sarah Long | $- | $- | ($32.88) | ($32.88) | ($86.02) | ($151.78) |
| Piper Woods | Geri Bough | $- | $130.00 | $- | $- | $- | $130.00 |
| Aditya Yadav | Teresa Sult | $176.00 | $- | $- | $- | $- | $176.00 |
| Lynn Zimmerle | Abigail Finch | $108.58 | $- | $- | $- | $- | $108.58 |
| Natalie Zoller | Geri Bough | $260.00 | $290.00 | $- | $- | $- | $550.00 |
| Cruz Zuber | Abigail Finch | $1,200.00 | $- | $- | $- | $- | $1,200.00 |
| | | $24,436.16 | $13,949.16 | $8,934.49 | $1,107.29 | $136.13 | $48,563.23 |

# Office Furniture, Fixtures, and Equipment

Highlight items to reorder?          No

| For Reorder | Inventory ID | Name | Description | Unit Price | Quantity in Stock | Thrift Value | Reorder Level | Reorder Time in Days | Quantity in Reorder | Discontinued? |
|---|---|---|---|---|---|---|---|---|---|---|
| | IN0001 | Copier | Kyocera 4501i | $8,000.00 | 1 | $300.00 | | | | |
| | IN0002 | Copier | Epson / Brother | $375.00 | 1 | $50.00 | | | | |
| | IN0003 | Executive Desk | Arlington/Other | $1,319.00 | 1 | $150.00 | | | | |
| | IN0004 | Executive Desk Chair | Other | $259.00 | 1 | $35.00 | | | | |
| | IN0005 | Computer Monitors | Other | $1,050.00 | 6 | $60.00 | | | | |
| | IN0006 | Computers / Nuk | | $1,250.00 | 2 | $400.00 | | | | |
| | IN0007 | Keyboards | Other | $125.00 | 5 | $25.00 | | | | |
| | IN0008 | Work Station | Herman Miller / Other | $998.00 | 2 | $100.00 | | | | |
| | IN0009 | Medical File Cabinet | Five Draw | $1,245.00 | 5 | $625.00 | | | | |
| | IN0010 | Medical File Cabinet | Four Draw | $1,494.00 | 6 | $500.00 | | | | |
| | IN0011 | Medical File Cabinet | Three Draw | $1,200.00 | 4 | $400.00 | | | | |
| | IN0012 | File Cabinet | Four Draw | $370.00 | 2 | $150.00 | | | | |
| | IN0013 | File Cabinet | Two Draw | $300.00 | 2 | $50.00 | | | | |
| | IN0014 | Fan | | $25.00 | 1 | $5.00 | | | | |
| | IN0015 | Wood storage cabinet | | $75.00 | 1 | $10.00 | | | | |
| | IN0016 | Table Lamp | | $210.00 | 6 | $40.00 | | | | |
| | IN0017 | Waiting Room Chairs | | $1,485.00 | 9 | $45.00 | | | | |
| | IN0018 | Picture | | $150.00 | 4 | $20.00 | | | | |
| | IN0019 | Wall Mail Slots | | $150.00 | 11 | $11.00 | | | | |
| | IN0020 | Leather Group Chairs | | $900.00 | 12 | $120.00 | | | | |
| | IN0021 | Decorative Mirror | | $175.00 | 1 | $20.00 | | | | |
| | IN0022 | Decorative White Board | | $125.00 | 1 | $10.00 | | | | |
| | IN0023 | Seating Chair | | $300.00 | 4 | $80.00 | | | | |
| | IN0024 | Conference Table 10' | | $1,400.00 | 1 | $50.00 | | | | |
| | IN0025 | Computer Chairs | | $175.00 | 6 | $60.00 | | | | |
| | **Total** | | | | | $3,316.00 | | | | |

| For Reorder | Inventory ID | Name | Description | Unit Price | Quantity in Stock | Thrift Value | Reorder Level | Reorder Time in Days | Quantity in Reorder | Discontinued? |
|---|---|---|---|---|---|---|---|---|---|---|
| | IN0026 | Sofa Type Table | | $295.00 | 1 | $15.00 | | | | |
| | IN00027 | Wood chair | | $75.00 | 2 | $10.00 | | | | |
| | IN0028 | Furniture Chairs | | $80.00 | 1 | $20.00 | | | | |

| | Inventory ID | Name | | Unit Price | Quantity in Stock | Thrift Value | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | IN0029 | Fire Extinguisher | | $55.00 | 1 | $10.00 | | | | |
| | IN0030 | Can Opener | | $24.00 | 1 | $2.00 | | | | |
| | IN0031 | Microwave | | $155.00 | 1 | $10.00 | | | | |
| | IN0032 | Old Wood Bookcase / 6 shelf | | $50.00 | 2 | $10.00 | | | | |
| | IN0033 | Sound Drubbing devices | | $315.00 | 9 | $45.00 | | | | |
| | IN0034 | End table | | $180.00 | 3 | $30.00 | | | | |
| | Total | | | | | $152.00 | | | | |

| For Reorder | Inventory ID | Name | Description | Unit Price | Quantity in Stock | Thrift Value | Reorder Level | Reorder Time in Days | Quantity in Reorder | Discontinued? |
|---|---|---|---|---|---|---|---|---|---|---|
| | IN0035 | Radio | | $65.00 | 1 | $5.00 | | | | |
| | IN0036 | Arm chair | | $75.00 | 1 | $10.00 | | | | |
| | IN0037 | Floor Lamp | | $100.00 | 4 | $40.00 | | | | |
| | IN0038 | Small sofa - day bed | | $450.00 | 1 | $75.00 | | | | |
| | IN0039 | Small decorative table | | $50.00 | 2 | $20.00 | | | | |
| | IN0040 | Small metal Storage Cabinet | | $165.00 | 1 | $10.00 | | | | |
| | IN0041 | Armless chairs | | $100.00 | 2 | $20.00 | | | | |
| | IN0042 | Folding Table Small | | $45.00 | 1 | $5.00 | | | | |
| | IN0043 | Computer Cabinet | | $475.00 | 1 | $150.00 | | | | |
| | IN0044 | Servers | | $1,200.00 | 2 | $100.00 | *Stored off-site | | | |
| | IN0045 | Chair Mats | | $100.00 | 5 | $5.00 | | | | |
| | IN0046 | Stacked Plastic Shelf | | $65.00 | 1 | $2.00 | | | | |
| | IN0047 | White Book Shelfs | | $220.00 | 2 | $20.00 | | | | |
| | IN0048 | White file & draw cabinet | | $55.00 | 1 | $4.00 | | | | |
| | IN0049 | Misc stacked Folder units | | $30.00 | 4 | $5.00 | | | | |
| | IN0050 | Misc Office Supplies, ie: pens, pencils, staplers, folders, stickers, hole punches, postage stamps | | $200.00 | 1 | $200.00 | | | | |
| | Total | | | | | $671.00 | | | | |

| For Reorder | Inventory ID | Name | Description | Unit Price | Quantity in Stock | Thrift Value | Reorder Level | Reorder Time in Days | Quantity in Reorder | Discontinued? |
|---|---|---|---|---|---|---|---|---|---|---|
| | IN0051 | Legal storage box shelves (plastic) (126 total ) | | $475.00 | 1 | $200.00 | | | | |
| | IN00052 | Four Draw Fire Safe | | $350.00 | 1 | $10.00 | | | | |
| | IN0053 | Cork Board | | $25.00 | 1 | $2.00 | | | | |

Case 24-30699-pes    Doc 1    Filed 05/21/24    Page 25 of 50

| For Reorder | Inventory ID | Name | Description | Unit Price | Quantity in Stock | Thrift Value | Reorder Level | Reorder Time in Days | Quantity in Reorder | Discontinued? |
|---|---|---|---|---|---|---|---|---|---|---|
|  | IN0054 | Wall lamp |  | $65.00 | 1 | $5.00 |  |  |  |  |
|  | IN0055 | L Shaped Desk System | Herman Miller | $620.00 | 1 | $20.00 |  |  |  |  |
|  |  | Syracuse Location |  |  |  |  |  |  |  |  |
|  | IN0056 | Copier | Epson / Brother | $220.00 | 1 | $20.00 |  |  |  |  |
|  | IN0057 | Desk / Credenza |  | $125.00 | 1 | $5.00 |  |  |  |  |
|  | IN0058 | Group Chairs |  | $240.00 | 12 | $50.00 |  |  |  |  |
|  | IN0059 | Pictures |  | $60.00 | 2 | $5.00 |  |  |  |  |
|  |  | Elkhart Location |  |  |  |  |  |  |  |  |
|  | IN0060 | Wood desk with hutch |  | $725.00 | 1 | $50.00 |  |  |  |  |
|  | IN0061 | Desk Chair |  | $100.00 | 2 | $40.00 |  |  |  |  |
|  | IN0062 | Floor lamps |  | $160.00 | 4 | $20.00 |  |  |  |  |
|  | IN0063 | Wood file cabinet (two draw) |  | $250.00 | 1 | $10.00 |  |  |  |  |
|  | IN0064 | Sound Drubbing devices |  | $70.00 | 2 | $10.00 |  |  |  |  |
|  | IN0065 | Reception chairs |  | $375.00 | 5 | $25.00 |  |  |  |  |
|  | Total |  |  |  |  | $472.00 |  |  |  |  |

Highlight items to reorder?     No

| For Reorder | Inventory ID | Name | Description | Unit Price | Quantity in Stock | Thrift Value | Reorder Level | Reorder Time in Days | Quantity in Reorder | Discontinued? |
|---|---|---|---|---|---|---|---|---|---|---|
|  | IN0066 | Rugs |  | $110.00 | 2 | $10.00 |  |  |  |  |
|  | IN0067 | Corner table |  | $65.00 | 1 | $5.00 |  |  |  |  |
|  | IN0068 | Wall clock |  | $12.00 | 1 | $2.00 |  |  |  |  |
|  | IN0069 | Picture |  | $125.00 | 6 | $30.00 |  |  |  |  |
|  | IN0070 | Guest Chair |  | $170.00 | 2 | $20.00 |  |  |  |  |
|  | IN0071 | Table Lamp |  | $25.00 | 1 | $2.00 |  |  |  |  |
|  | IN0072 | Rugs |  | $65.00 | 1 | $2.00 |  |  |  |  |
|  | IN0073 | Storage Cabinet |  | $195.00 | 1 | $40.00 |  |  |  |  |
|  | IN0074 | Radio |  | $45.00 | 1 | $3.00 |  |  |  |  |
|  | IN0075 | Cleaning Supplies |  | $65.00 | 1 | $0.00 |  |  |  |  |
|  | IN0076 | Vacuum |  | $125.00 | 1 | $5.00 |  |  |  |  |
|  | IN0077 | Cleaning Supplies |  | $10.00 | 1 | $0.00 |  |  |  |  |
|  | IN0078 | Misc Office Supplies, ie: pens, pencils, staplers, folders, |  | $27.00 | 1 | $2.00 |  |  |  |  |
|  | IN0079 | Trash Cans |  | $30.00 | 2 | $2.00 |  |  |  |  |
|  | IN0080 | Kyocera Copied-Printer |  | $325.00 | 1 | $20.00 |  |  |  |  |
|  | Total |  |  |  |  | $143.00 |  |  |  |  |

**Fill in this information to identify the case:**

Debtor name    **Lincoln Counseling PC**

United States Bankruptcy Court for the:    **Northern**    District of    **Indiana**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Fill in this information to identify the case:

Debtor name **Lincoln Counseling PC**

United States Bankruptcy Court for the:

**Northern District of Indiana**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,664.00 | $10,000.00 |

**2.1**

Priority creditor's name and mailing address

Jeannine Curtis

6012 Buckhorn Dr.

South Bend, IN 46614

Date or dates debt was incurred

January - April 2024

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Back Salary**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$26,664.00**

Priority amount: **$10,000.00**

---

**2.2**

Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    **Lincoln Counseling PC**                                              Case number *(if known)* _____
_____
Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Amundsen Davis**

**150 N. Michigan Ave. Suite 300**

**Chicago, IL 60601**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$38,127.08**

---

**3.2** Nonpriority creditor's name and mailing address

**Medicaid CMS**

**PO Box 2303 Department 130**

**Indianapolis, IN 46206**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Medicaid Audit**

Is the claim subject to offset?
☑ No
☐ Yes

**$315,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **Lincoln Counseling PC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|

| 5a. | **Total claims from Part 1** | 5a. | **$26,664.00** |
|---|---|---|---|

| 5b. | **Total claims from Part 2** | 5b. | **+** | **$353,127.08** |
|---|---|---|---|---|

| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$379,791.08** |
|---|---|---|---|

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Lincoln Counseling PC** |
| United States Bankruptcy Court for the: | **Northern District of Indiana** |
| Case number (if known): | Chapter **7** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Office Space / Contract to be REJECTED | Colfax Plaza Office LLC |
| | | CPO LLC |
| State the term remaining | 16 months | 126 Chestnut Hills Parkway |
| List the contract number of any government contract | | Fort Wayne, IN 46814 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Office Space | RNEW, LLC |
| | | c/o Rick Newman |
| State the term remaining | 0 months | 3170 Windsor Court |
| List the contract number of any government contract | | Elkhart, IN 46514 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Office Space / Contract to be REJECTED | Wawasee Plaza LLC |
| | | PO Box 250 |
| State the term remaining | 15 months | Syracuse, IN 46567 |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Lincoln Counseling PC**

United States Bankruptcy Court for the: **Northern** District of **Indiana**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   **Lincoln Counseling PC**
Name

Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name **Lincoln Counseling PC**

United States Bankruptcy Court for the:
**Northern District of Indiana**

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................................

    $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................

    $66,768.88

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................

    $66,768.88

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

    $26,664.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    + $353,127.08

4. **Total liabilities**.................................................................................................
    Lines 2 + 3a + 3b

    $379,791.08

Fill in this information to identify the case:

Debtor name     **Lincoln Counseling PC**

United States Bankruptcy Court for the:

**Northern District of Indiana**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024**<br>MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | **$249,230.58** |
| For prior year: | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$812,918.00** |
| For the year before that: | From **01/01/2022**<br>MM/ DD/ YYYY | to **12/31/2022**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,006,327.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024**<br>MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| For prior year: | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2022**<br>MM/ DD/ YYYY | to **12/31/2022**<br>MM/ DD/ YYYY | _____ | _____ |

Debtor  **Lincoln Counseling PC**

Name                                                      Case number *(if known)* _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City           State      ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City           State      ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor **Lincoln Counseling PC**
Name                                                                    Case number *(if known)* _____

5.1. _____    _____    _____    _____
Creditor's name

Street _____

_____

City                State    ZIP Code

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>Street _____<br><br>_____<br><br>City       State   ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Medicaid Case #:**<br>**20210329-46066** | **MHS Audit** | **NEED**<br>Name<br>**1370 Timberlake Manor Parkway**<br>Street<br>**Sandy Stein Centene Senior**<br>**Investigator**<br>**Chesterfield, MO 63017**<br>City       State   ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| **Case number**<br>**CSE-210315-00019** | | | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **3**

Debtor    **Lincoln Counseling PC**                                                Case number *(if known)* _____

Name

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |

Custodian's name
_____

Street
_____

_____

City                State    ZIP Code

| Case title |
|---|
| |

_____

| Case number |
|---|
| |

_____

| Date of order or assignment |
|---|
| |

_____

| Court name and address |
|---|
| |

Name
_____

Street
_____

_____

City                State    ZIP Code

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Recipient's name
_____

Street
_____

_____

City                State    ZIP Code

| Recipient's relationship to debtor |
|---|
| |

_____

---

**Part 5:**  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:**  Certain Payments or Transfers

**11.**  Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor  **Lincoln Counseling PC**
 Name

Case number *(if known)* _____

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **May Oberfell Lorber** | **Attorney's Fee plus filing fee** | **5/21/2024** | **$2,338.00** |
| | Address | | | |
| | **4100 Edison Lakes Pkwy #100**<br>Street | | | |
| | **Mishawaka, IN 46545**<br>City          State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City    State    ZIP Code

**Relationship to debtor**

---

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **113 Lincolnway E** <br> Street <br><br> **46544** <br> City   State   ZIP Code | From **2004**    To **2022** |

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. <br> Facility name <br><br> Street | | |
| City   State   ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| Debtor | **Lincoln Counseling PC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                                                      <u>adresses, social security number, DOB, credit/ debit</u>

State the nature of the information collected and retained. **cards**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **Lincoln Counseling PC**
\u2003\u2003\u2003Name

Case number *(if known)* _____

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City\u2003\u2003State\u2003ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City\u2003\u2003State\u2003ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City\u2003\u2003State\u2003ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207\u2003\u2003\u2003\u2003**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**\u2003\u2003\u2003\u2003page **8**

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Lincoln Counseling PC**                           Case number *(if known)* _____
         Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                    State          ZIP Code | From _____   To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                    State          ZIP Code | From _____   To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                    State          ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Lincoln Counseling PC**

Name

Case number *(if known)* _____

| Name and address |
| --- |

26d.1.

Name _____

Street _____

_____

City                    State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name _____

Street _____

_____

City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| | | , | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor  **Lincoln Counseling PC** _____

Name

Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____

Name _____

Street _____

_____

City _____ State ___ ZIP Code ___

**Relationship to debtor**

_____

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**05/21/2024**__

MM/ DD/ YYYY

**X /s/ Jeannine Curtis** _____

Signature of individual signing on behalf of the debtor

Printed name _____ **Jeannine Curtis**

Position or relationship to debtor _____ **Director/Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

**In re**    Lincoln Counseling PC

Case No. _____

**Debtor**

Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ...................................................................    **$2,500.00**

Prior to the filing of this statement I have received ....................................................    **$2,500.00**

Balance Due ................................................................................................................    **$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ....................................    _____

The undersigned shall bill against the retainer at an hourly rate of ...........................................    _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____**$338.00**_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/21/2024** | **/s/ Linda L. Plata** |
|---|---|
| *Date* | Linda L. Plata |
| | *Signature of Attorney* |

Bar Number: 38001-71
May Oberfell Lorber
4100 Edison Lakes Pkwy #100
Mishawaka, IN 46545
Phone: (574) 243-4100 x131

**May Oberfell Lorber**
*Name of law firm*

---

Amundsen Davis
150 N. Michigan Ave. Suite 300
Chicago, IL 60601

Colfax Plaza Office LLC
CPO LLC
126 Chestnut Hills Parkway
Fort Wayne, IN 46814

Jeannine Curtis
6012 Buckhorn Dr.
South Bend, IN 46614

Medicaid CMS
PO Box 2303 Department 130
Indianapolis, IN 46206

RNEW, LLC
c/o Rick Newman
3170 Windsor Court
Elkhart, IN 46514

Wawasee Plaza LLC
PO Box 250
Syracuse, IN 46567

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

IN RE: **Lincoln Counseling PC**                                        CASE NO

                                                                        CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  ___**05/21/2024**___        Signature _____**/s/ Jeannine Curtis**_____
                                                    Jeannine Curtis , Director/Owner

## United States Bankruptcy Court
### Northern District of Indiana

In re    **Lincoln Counseling PC**                                                          Case No. _____

                                                        Debtor(s)                   Chapter                    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Lincoln Counseling PC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____**05/21/2024**_____                                    _____**/s/ Linda L. Plata**_____
Date                                                        **Linda L. Plata**
                                                            Signature of Attorney or Litigant
                                                            Counsel for _____**Lincoln Counseling PC**_____
                                                            **Bar Number: 38001-71**
                                                            **May Oberfell Lorber**
                                                            **4100 Edison Lakes Pkwy #100**
                                                            **Mishawaka, IN 46545**
                                                            **Phone: (574) 243-4100 x131**
                                                            **Email: lplata@maylorber.com**

1